# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 19-6420-JFW(JEMx)**                                   Date: August 21, 2019

Title:        Bradford Budd, et al. -*v*- 3M Company, et al.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**        **ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT**

On August 18, 2019, Plaintiffs filed an Ex Parte Application for an Order Remanding this Matter to Los Angeles Superior Court and for an Award of Costs Incurred Against Defendant Foster Wheeler LLC and its Counsel, Hugo Parker, LLP (Docket No. 171) and Corrected Ex Parte Application for an Order Remanding this Matter to Los Angeles Superior Court and for an Award of Costs Incurred Against Defendant Foster Wheeler LLC and its Counsel, Hugo Parker, LLP (Docket No. 172).  On August 20, 2019, Defendant Foster Wheeler LLC ("Foster Wheeler") filed its Opposition (Docket No. 193) and its Amended Opposition (Docket No. 198).  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. After considering the moving and opposing papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Plaintiffs' Ex Parte Application and this Court's decision in *John Hukkanen, et al. vs. Air and Liquid Systems Corporation, et al.*, 2017 WL 1217075, the Court grants Plaintiffs' Ex Parte Application and REMANDS this action to Los Angeles Superior Court.

The Court declines to award attorney fees or impose sanctions on Foster Wheeler or its counsel.

IT IS SO ORDERED.

Initials of Deputy Clerk _sr_